DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MEZA-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            *Plaintiff,*         )<br>                              )<br>    v.                        )<br>                              )<br> JUAN MEZA-TORRES,             )<br>                              )<br>            *Defendant.*       )<br> ──────────────────────── )   | Case No. 1:10-CR-0355 OWW<br><br>STIPULATION EXTENDING TIME TO FILE MOTIONS; ORDER<br><br>Date:  January 18, 2011<br>Time:  1:30 p.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED that the current schedule for filing of motions and for hearing thereon may be reset as follows:  All Parties to file any motions by December 6, 2010; all Parties to respond to any and all current and future motions by January 10, 2011;  hearing on motions January 18, 2011 at 1:30 p.m.

Should Defendants file separate related motions, such as multiple motions to suppress, Government has the option to respond to such related motions by one consolidated response.

Speedy trial time shall be excluded through and including the Court's decision on the last pending motion that is subject to this Stipulation.

This stipulation is requested by counsel for defendant Juan Meza-Torres based on his need to complete investigation before filing additional motions. The requested continuance will conserve time and resources for all parties and the court.

///

1   The Parties agree that the delay resulting from this continuance shall be excluded in the
2  interests of justice, including but not limited to, the need for the period of time set forth herein for
3  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) (iv).

4

5                                                                BENJAMIN B. WAGNER
                                                                 United States Attorney
6

7  DATED:  October 27, 2010                    By: /s/  Yasin Mohammad
                                                                 YASIN MOHAMMAD
8                                                                Assistant United States Attorney
                                                                 Attorney for Plaintiff
9

10

11  DATED:  October 27, 2010                   By: /s/  Peter M. Jones
                                                                 PETER M. JONES
12                                                               Attorney for Christopher Rios-Baldivias

13

14
                                                                 DANIEL J. BRODERICK
15                                                               Federal Public Defender

16
     DATED:  October 27, 2010                  By: /s/  Victor M. Chavez
17                                                               VICTOR M. CHAVEZ
                                                                 Assistant Federal Defender
18                                                               JUAN MEZA-TORRES

19

20

21

22                                       **O R D E R**

23

24
    IT IS SO ORDERED.
25
    **Dated:   October 28, 2010**                    **/s/ Oliver W. Wanger**
26                                                                UNITED STATES DISTRICT JUDGE

27

28

Meza-Torres - Stipulation Extending Time
To File Motions Order                                    2