DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MEZA-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:10-CR-0355 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION EXTENDING TIME TO FILE MOTIONS; ORDER |
| v. | ) ) | Date: January 24, 2011 |
| JUAN MEZA-TORRES, | ) ) | Time: 1:30 p.m. |
| Defendant. | ) ) | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED that the current schedule for filing of motions and for hearing thereon may be reset as follows: All Parties to file any motions by December 13, 2010; all Parties to respond to any and all current and future motions by January 18, 2011; hearing on motions January 24, 2011 at 1:30 p.m.

Should Defendants file separate related motions, such as multiple motions to suppress, Government has the option to respond to such related motions by one consolidated response.

Speedy trial time shall be excluded through and including the Court's decision on the last pending motion that is subject to this Stipulation.

This stipulation is requested by counsel for defendant Juan Meza-Torres based on his need for additional time to file motions.

///

///

The Parties agree that the delay resulting from this continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) (iv).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: December 14, 2010        By: /s/ Yasin Mohammad
                                                     YASIN MOHAMMAD
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff


DATED: December 14, 2010        By: /s/ Peter M. Jones
                                                     PETER M. JONES
                                                     Attorney for Christopher Rios-Baldivias


                                                     DANIEL J. BRODERICK
                                                     Federal Public Defender

DATED: December 14, 2010        By: /s/ Victor M. Chavez
                                                     VICTOR M. CHAVEZ
                                                   Assistant Federal Defender
                                                   JUAN MEZA-TORRES

**O R D E R**

IT IS SO ORDERED.

**Dated:   December 14, 2010**               **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE