```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. 1:10-CR-00355 OWW |
| ) | |
| Plaintiff,   ) | STIPULATION AND |
| ) | ORDER FOR CONTINUANCE OF STATUS |
| v.   ) | CONFERENCE AND MOTIONS |
| ) | |
| JUAN MEZA-TORRES, and   ) | |
| CHRISTOPHER RIOS-BALDIVIAS,   ) | |
| ) | |
| Defendants.   ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for Juan Meza-Torres, and Peter Jones, attorney for Christopher Rios-Baldivias, that the status conference/motion hearing set for January 24, 2011 be continued to March 7, 2011 at 1:30 p.m.  Pursuant to agreement among the parties, the request is for an evidentiary hearing.  The parties further request that the briefing schedule be amended to allow for

///
///
///
///

1

the government to file a response to the defendants' motions on or before February 28, 2011.  The parties further agree that time will be excluded through the Court's ruling on the motions.

```
Dated: January 19, 2011            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                              By   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

Dated: January 19, 2011            /s/ Victor Chavez
                                   VICTOR CHAVEZ
                                   Attorney for Juan Meza-Torres


Dated: January 19, 2011            /s/ Peter Jones
                                   PETER JONES
                                   Attorney for Christopher Rios-
                                   Baldivias
```

IT IS SO ORDERED.

**Dated:   January 19, 2011**            **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

2